B 10 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA

In re <u>Gary Lee Furbish;</u>,
    Debtor

Case No. 14-54127

Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | |
|---|---|
| **Name of creditor:** Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc | **Court claim no.** (if known): |
| **Last four digits of any number you use to identify the debtor's account:**     XXX6957 | **Date of payment change:** Must be at least 21 days after date of this notice    08/01/2014 |
| | **New total payment:** Principal, interest, and escrow, if any    $ 489.42 |

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

[ ] No

[X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: $ 235.70            New escrow payment: $ 219.62

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

[X] No

[ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: 0.0000 %            New interest rate: 0.0000 %

Current principal and interest payment: $ 0.00        New principal and interest payment: $

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?

[X] No

[ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

Current mortgage payment: $ _____      New mortgage payment: $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

**Check the appropriate box.**

[ ] I am the creditor.   [x] I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

X _____  Date June 19, 2014
  Signature

| | | | | |
|---|---|---|---|---|
| Print: | Lisa Singer NYS Bar ID# 2629897 | | | Title Authorized Agent |
| | First Name | Middle Name | Last Name | |
| Company | Rosicki, Rosicki & Associates, P.C | | | |
| Address | 51 E Bethpage Road | | | |
| | Number | Street | | |
| | Plainview | NY | 11803 | |
| | City | State | ZIP Code | |
| Contact phone | (516) 741-2585 | | | Email lsinger@rosicki.com |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Mortgage Payment Change has been served via Electronic Case Filing on the following parties:

E. L. Clark, Esq.

Nancy J. Whaley, Esq.

I hereby certify that a copy of the foregoing Notice of Mortgage Payment Change has been served via first class mail on the following parties:

Gary Lee Furbish;
3125 Colonial Way Apt C
Atlanta, GA 30341

June 19 2014

Felicia Stellman

# seterus

PO Box 2008; Grand Rapids, MI 49501-2008

Representation of Printed Document

Business Hours (Pacific Time)
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.
Phone 866.570.5277

9-769-10585-0005134-002-000-000-000-000

L913C

FURBISH, GARY L
C/O E L CLARK
3300 NORTHEAST EXPY NE BLDG 3
ATLANTA GA 30341-3932

## ESCROW ACCOUNT STATEMENT

| Analysis Date: | 06/05/14 |
|---|---|
| Loan Number: | |
| Escrow Account Number: | |

| Current Payment | | New Payment Effective 08/01/14 | |
|---|---|---|---|
| Principal and Interest | $269.80 | Principal and Interest* | $269.80 |
| Escrow | $235.70 | Escrow | $219.62 |
| Total Current Payment | $505.50 | Total NEW Payment* | $489.42 |

* The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan. In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments. You will receive a separate notice for interest rate adjustments.

## NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus, Inc. is the servicer of the above referenced loan. In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance. Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months. This payment will increase if you have a post-petition shortage or deficiency. This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months.

Our records indicate a petition for Bankruptcy was filed on 03/01/14. Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court. Any deficiency and/or shortage listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment.

| ANTICIPATED DISBURSEMENTS August 2014 to July 2015 | |
|---|---|
| Taxes | 984.19 |
| Insurance | 1,651.20 |
| PMI | 0.00 |
| Total Disbursements | 2,635.39 |
| Bankruptcy File Date | 03/01/14 |
| Proof of Claim Escrow Balance | |
| Pre-Petition Escrow Deficiency | $602.57 |
| Pre-Petition Escrow Shortage | $658.81 |
| Total Escrow POC | $1,261.38 |
| Payments Applied | $0.00 |
| Remaining Escrow Balance Pre-Petition | |
| Escrow Deficiency | $602.57 |
| Pre-Petition Escrow Shortage | $658.81 |

ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 MONTH ESCROW CYCLE
Anticipated Activity

| Date | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
|---|---|---|---|---|
| Starting Balance | | | | $872.65 |
| Beginning Balance** | | | | $872.65 |
| Post Petition Beg Bal* | | | | $2,134.03 |
| Surplus Refund | | | | $157.51 |
| 08/01/2014 | 219.62 | 0.00 | | 2,196.14 |
| 08/27/2014 | 0.00 | 1,651.20 | HAZARD I.P INSURANCE | 544.94 |
| 09/01/2014 | 219.62 | 0.00 | | 764.56 |
| 10/01/2014 | 219.62 | 0.00 | | 984.18 |
| 11/01/2014 | 219.62 | 0.00 | | 1,203.80 |
| 12/01/2014 | 219.62 | 0.00 | | 1,423.42 |
| 12/01/2014 | 0.00 | 294.11 | CITY PROPERTY TAX | 1,129.31 |
| 12/01/2014 | 0.00 | 690.08 | COUNTY PROPERTY TAX | 439.23 |
| 01/01/2015 | 219.62 | 0.00 | | 658.85 |
| 02/01/2015 | 219.62 | 0.00 | | 878.47 |
| 03/01/2015 | 219.62 | 0.00 | | 1,098.09 |
| 04/01/2015 | 219.62 | 0.00 | | 1,317.71 |
| 05/01/2015 | 219.62 | 0.00 | | 1,537.33 |
| 06/01/2015 | 219.62 | 0.00 | | 1,756.95 |
| 07/01/2015 | 219.62 | 0.00 | | 1,976.57 |
| Total | $2,635.44 | $2,635.39 | | |

A deficiency occurs if the escrow account has a negative balance. The pre-petition deficiency is accounted for on the POC and will be collected as part of your pre-petition plan payment.

*Escrow Balance adjusted by proof of claim amounts

An escrow shortage occurs when there is a zero or positive balance in the escrow account but not enough to pay the estimated items and any additional reserve deposits that need to be paid during the next 12 months. This pre-petition shortage is accounted for on the POC and will be collected as part of your pre-petition plan payment.

**Beginning balance = Starting balance less any unpaid escrow disbursements due in the prepaid period

The projected beginning balance (expected balance in your escrow account) is $2,134.03. Your required escrow balance according to this analysis should be $1,976.52. This means you have a surplus of $157.51. Since your loan is 30 days or more delinquent, the amount of surplus will remain in your escrow account. If you reinstate or bring your loan current, we will conduct another analysis of your escrow account within 90 days. If your loan is current and there is a surplus of $50.00 or more in the escrow account at that time, we will send you a refund for that amount.

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law. This cushion covers any potential increases in your tax and/or insurance disbursements. Cushion selected by servicer: $439.23.

***Continued***

INTERNET REPRINT

Representation of Printed Document

## ESCROW ACCOUNT HISTORY

This is a statement of actual activity in your escrow account from December 2013 to July 2014. This history compares the projections from your last escrow analysis or initial disclosure and the actual activity in your account. If a prior escrow analysis was not conducted during this historical period, the projected escrow balance will be zero.

| | ACTUAL ESCROW ACCOUNT HISTORY | | | | | | |
|---|---|---|---|---|---|---|---|
| | Payments to Escrow | | Payments from Escrow | | Description | Escrow Balance | |
| | Projected | Actual | Projected | Actual | | Projected | Actual |
| Beginning Balance Date | | | | | | | $-308.46 |
| 12/01/13 | 148.36 | 0.00 * | 0.00 | 0.00 | | -454.21 | -308.46 |
| 12/04/13 | 0.00 | 0.00 | 0.00 | 294.11 * CITY PROPERTY TAX | | -454.21 | -602.57 |
| 01/01/14 | 148.36 | 0.00 * | 0.00 | 0.00 | | -305.85 | -602.57 |
| 02/01/14 | 235.70 | 0.00 * | 0.00 | 0.00 | | -70.15 | -602.57 |
| 03/01/14 | 235.70 | 0.00 * | 0.00 | 0.00 | | 165.55 | -602.57 |
| 04/01/14 | 235.70 | 0.00 * | 0.00 | 0.00 | | 401.25 | -602.57 |
| 04/04/14 | 0.00 | 148.36 * | 0.00 | 0.00 | | 401.25 | -454.21 |
| 04/18/14 | 0.00 | 148.36 * | 0.00 | 0.00 | | 401.25 | -305.85 |
| 05/01/14 | 235.70 | 235.70 | 0.00 | 0.00 EST: | | 636.95 | -70.15 |
| 05/13/14 | 0.00 | 235.70 * | 0.00 | 0.00 | | 636.95 | 165.55 |
| 05/22/14 | 0.00 | 235.70 * | 0.00 | 0.00 | | 636.95 | 401.25 |
| 06/01/14 | 235.70 | 235.70 | 0.00 | 0.00 EST: | | 872.65 | 636.95 |
| 07/01/14 | 235.70 | 235.70 | 0.00 | 0.00 EST: | | 1,108.35 | 872.65 |
| Total | $1,710.92 | $1,475.22 | $0.00 | $294.11 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.

NOTE – This analysis was prepared in advance of the escrow payment change date. Therefore, the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and that all scheduled disbursements have been made from your escrow account.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT, BUT NOTICE OF POSSIBLE ENFORCEMENT OF OUR LIEN AGAINST THE COLLATERAL PROPERTY. COLORADO: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576  NEW YORK CITY: 1411669, 1411665, 1411662  TENNESSEE: This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc is licensed to do business at 14523 SW Millikan Way, Beaverton, OR

INTERNET REPRINT