IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: | : CHAPTER 13 |
| | : |
| GARY LEE FURBISH, | : CASE NO. 14-54127-CRM |
| | : |
| | : |
| Debtor. | : |

## OBJECTION TO CONFIRMATION OF PLAN

**Comes now, Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.** ("Creditor"), a secured creditor of the above Debtor, and objects to confirmation of the Debtor's plan, as proposed. In support, Creditor shows:

1.

Debtor filed this Chapter 13 case on March 1, 2014. The Chapter 13 Plan filed herein provides for the repayment of the pre-petition arrearage claim through the Plan and for the payment post-petition payments to Creditor directly by the Debtor.

2.

Creditor is an entity entitled to enforce a Note secured by a Security Deed on Debtor's real property located at 107 North Sixth Street, Warner Robins, GA 31088 (the "Property").

3.

Debtor's Plan lists Creditor as being owed pre-petition arrears in the amount of $0.00 and incorrectly indicates the loan was current at the time of the bnkruptcy filing; however, the actual pre-petition arrearage owed to Creditor is $3,023.30. Due to the increase in arrearage owed, the Plan fails to provide for curing of any default *within a reasonable period of time* as required by 11 U.S.C. § 1322(b)(5).

204695

4.

Creditor has filed it's secured proof of claim with total pre-petition arrearage in the amount of approximately $3,023.30 and a unpaid principal balance of $37,778.22.

5.

Debtor's Plan as proposed is not feasible as the budget does not allow for an increase in plan payments to cure this objection.

6.

Debtor's Plan fails to comply with the provisions of 11 U.S.C. § 1325(a); and, has not been proposed in good faith as required by 11 U.S.C. § 1325(a)(3).

WHEREFORE, Creditor prays for (a) an Order denying confirmation of Debtor's Plan, as proposed; and (b) for such other and further relief as the Court may deem just and proper.

Respectfully submitted,

/s/ Brandi R. Lesesne
Brandi R. Lesesne, GA Bar No. 141970
1587 Northeast Expressway
Atlanta, GA 30329
678-298-8847
blesesne@rcolegal.com

204695

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and exact copy of the foregoing document has been served electronically, through the Court's electronic filing system to all parties indicated on the electronic filing receipt, on July 1, 2014, or by United States mail, postage prepaid, to the Debtor on July 2, 2014

Gary Lee Furbish
3125 Colonial Way
Atlanta, GA 30341

Nancy J. Whaley
303 Peachtree Center Avenue, Suite 120
Atlanta, GA 30303

E. L. Clark
3300 Northeast Expressway, Bldg. 3
Atlanta, GA 30341
ecfnotices@cw13.com

/s/ Brandi R. Lesesne
Brandi R. Lesesne

204695