IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-54127 |
| | : | |
| GARY LEE FURBISH, | : | CHAPTER:  13 |
| | : | |
| Debtor. | : | JUDGE: C. RAY MULLINS |
| | : | |
| SETERUS, INC. AS THE AUTHORIZED | : | |
| SUBSERVICER FOR FEDERAL NATIONAL | : | |
| MORTGAGE ASSOCIATION ("FANNIE | : | |
| MAE"), CREDITOR C/O SETERUS, INC. | : | |
| Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| GARY LEE FURBISH, | : | |
| NANCY J. WHALEY, Trustee, | : | |
| | : | |
| Respondents. | : | |
| | : | |

WITHDRAWAL OF MOTION FOR RELIEF FROM STAY (#58)

COMES NOW Movant, and pursuant to Bankruptcy Rule 7041 and Rule 41 of the

Federal Rules of Civil Procedure, hereby withdraws its Motion for Relief from the Automatic

Stay, without prejudice.

/s/ Richard H. Siegel
 Richard H. Siegel, Bar No.: GA645825
Aldridge Pite, LLP (formerly known as
Aldridge Connors, LLP)
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax:  (888) 873-6147
Email:  rsiegel@aldridgepite.com

<u>CERTIFICATE OF SERVICE</u>

I certify that I am over the age of 18 and that on the date written below a copy of the foregoing ***Withdrawal of Motion*** was served by email or by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

The parties below have been served via email.  If no email address is indicated, the parties were served by the Court by electronic means in accordance with their participation in the electronic case filing system.

E.L. Clark                          ecfnotices@cw13.com

Nancy J. Whaley

The following parties have been served via U.S. Mail:

Gary Lee Furbish
3125 Colonial Way
Apt C
Atlanta, GA 30341


Dated:  October 16, 2015                    /s/ Richard H. Siegel
                                            Richard H. Siegel,  Bar No.: GA645825
                                            Aldridge Pite, LLP (formerly known as
                                            Aldridge Connors, LLP)
                                            Fifteen Piedmont Center
                                            3575 Piedmont Road, N.E., Suite 500
                                            Atlanta, GA 30305
                                            Phone: (404) 994-7400
                                            Fax:  (888) 873-6147
                                            Email:  rsiegel@aldridgepite.com