**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia

| | |
|---|---|
| IN THE MATTER OF: | CASE NUMBER: |
| **Gary Lee Furbish,** | 14−54127−crm |
| | CHAPTER: 13 |
| Debtor(s) | JUDGE: C. Ray Mullins |

## NOTICE OF FILING PROOF OF TRANSFER OF CLAIM

**Proposed Transferee:** Fay Servicing, LLC as servicing agent for PROF−2014− S2 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee

**Proposed Transferor:** FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC.

Owner of claim per Court records: FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC

Claim Number(s) 7−1

Pursuant to the Federal Rules of Bankruptcy Procedure, you are hereby notified of the filing of proof of transfer of the claim in the above−named case. Objections to this transfer, if any, must be filed with the

Clerk, U. S. Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

within twenty−one days from the date of this notice and a copy served upon the opposing party. If no objections are filed, the transferee will be substituted as the claimant in this case.

Dated December 9, 2016

_____
M. Regina Thomas , Clerk of Court
U.S. Bankruptcy Court

Form 428