

**IT IS ORDERED as set forth below:**

**Date: January 25, 2018**

_____

**C. Ray Mullins**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 14-54127-CRM |
| GARY LEE FURBISH,<br>        Debtor. | CHAPTER:  13 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), BY SETERUS, INC. AS THE AUTHORIZED SUBSERVICER,<br>        Movant,<br>v.<br>GARY LEE FURBISH , Debtor,<br>NANCY J. WHALEY, Trustee,<br>        Respondents. | JUDGE:  C. RAY MULLINS<br><br><br><br><br><br>CONTESTED MATTER |

ORDER GRANTING MOTION FOR RELIEF FROM STAY (#96 )

The above styled Motion was called for hearing on November 7, 2017, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest.  There was no opposition to the Motion and Movant asserts that the parties were properly served.  Accordingly;

IT IS HEREBY ORDERED that the 11 USC §362(a) automatic stay is modified for Movant herein, its successors and assigns, regarding the real property commonly known as 107 North Sixth Street, Warner Robins, Georgia 31088.

FURTHER ORDERED that Movant, its successors and assigns, may assert its rights, including, but not limited to, the institution and completion of foreclosure proceedings, the collection of reasonable fees, and may assert all of its respective rights and remedies under applicable law, as to its collateral.

FURTHER ORDERED that the Trustee shall cease funding the balance of Movant's pre-petition arrearage claim and supplemental claim, if any.

FURTHER ORDERED that the Trustee shall cease funding any balance of Movant's claim.

FURTHER ORDERED that upon completion of any foreclosure sale, any funds which may be in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State law, shall be paid to the Trustee for the benefit of the Estate.

FURTHER ORDERED that the provisions of Bankruptcy Rule 4001(a)(3) are waived.

[END OF DOCUMENT]

PREPARED AND PRESENTED BY:

/s/ *Joshua M. Ryden*
Joshua M. Ryden, Bar No.: 140502
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Toll-Free: (844) 470-8804
Fax: (888) 873-6147
Email: jryden@aldridgepite.com

NO OPPOSITION:

/s/ Julie M. Anania            with express permission
Julie M. Anania, Bar No. 477064
Attorney for Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303
Phone:  (678) 992-1201
ecf@njwtrustee.com

DISTRIBUTION LIST

Gary Lee Furbish
3125 Colonial Way
Apt C
Atlanta, GA 30341

E. L. Clark
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

Nancy J. Whaley
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

ALDRIDGE PITE, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305